UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ELOISA RAY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:15-CV-00140 |
| § | |
| AMERICAN BANKERS INSURANCE § | |
| COMPANY OF FLORIDA, *et al*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Voluntary Dismissal With Prejudice (D.E. 17), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 21st day of September, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE